LOUIS SEIDMAN et al., Respondents, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

Submitted October 12, 1938; decided October 28, 1938.

*Lee M. Gammill* and *Louis H. Cooke* for appellant.
*Christian S. Lorentzen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.